# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BITTERSWEET BRANDS, LLC

VERSUS

PAINTING WITH A TWIST, LLC,
CATHERINE DEANO AND SANDRA
RENEE MALONEY

NO.   2019 CW 1113

**NOV 2 5 2019**

---

In Re:   Catherine Deano, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         2018-11537.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

**JMM**
**MRT**

   **Chutz, J.,** concurs in part and dissents in part.   I agree
the district court correctly denied Catherine Deano's Exception
of No Right of Action.   However, I would reverse the portion of
the district court's July 22, 2019 judgment denying her
Exception of No Cause of Action.   An exception of no cause of
action should be granted when it appears beyond doubt that the
plaintiff can prove no set of facts in support of any claim
which would entitle him to relief.   **Badeaux v. Southwest
Computer Bureau, Inc.,** 2005-0612 (La. 3/17/06), 929 So.2d 1211,
1217.   Plaintiffs, Bittersweet Brands, LLC and Michael Powers,
failed to assert any viable cause of action against Defendant,
Catherine Deano.   As such, I would remand this matter to the
district court to afford Plaintiffs an opportunity to amend
their petition. See La. Code Civ. P. art. 934.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT